UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LISA M. GIULIANO,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | 2:13-cv-01416-APG-VCF<br><br>Case No. ~~2:13-cv-01146-APG-VCF~~<br><br>**Order Accepting Magistrate Judge's Recommendation & Dismissing Case**<br><br>(Dkt. ## 16, 17, 20) |

On March 28, 2014, Magistrate Judge Ferenbach entered his Order [Dkt. #20] recommending that Plaintiff's Motion for Remand and/or Reversal [Dkt. #16] be denied and that Defendant's Cross-Motion to Affirm [Dkt. #17] be granted. No objection has been filed to Judge Ferenbach's Order. I have conducted a de novo review of the issues set forth in the Order pursuant to Local Rule IB 3-2. Judge Ferenbach's Order sets forth the proper legal analysis, and the factual bases, for the decision. Therefore,

IT IS HEREBY ORDERED that Judge Ferenbach's Order is accepted, Plaintiff's Motion [Dkt. #16] is DENIED, Defendant's Cross-Motion [Dkt. #17] is GRANTED, the Administrative Law Judge's decision is affirmed, and this case is DISMISSED. The clerk of the court shall enter Judgment accordingly.

Dated: June 19, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE